## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Brainbuilders LLC v. New York City Department of Education     Docket No.: 22-3194

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St.

Telephone: 212-356-2490     Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: ew York City Department of Education, New York City Office of Labor Relations, and the City of New York/Defendants
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Hon. Sylvia O. Hinds-Radix/New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies