## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Brainbuilders LLC et al v. EmblemHealth, Inc. et al    Docket No.: 22-3194

Lead Counsel of Record (name/firm) or Pro se Party (name): Yaakov Pollak, Esq.

Appearance for (party/designation): H and D, by their Attorney-in-Fact, Rochel Sorotzkin, Plaintiffs-Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
- [ ] Correct
- [✓] Incorrect. ("New York City Department of Education is not the first defendant listed, action should be styled as above, namely: "Brainbuilders LLC et al. v. EmblemHealth, Inc. et a

Appellate Designation is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                          Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Yaakov Pollak, Esq.
Firm: Yaakov Pollak, Esq., Attorney at Law
Address: 55 Rena Lane, Lakewood, NJ 08701
Telephone: 732-833-3421                    Fax: 732-364-0898
Email: ypollak@nbyjlaw.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _/s/_
Type or Print Name: Yaakov Pollak, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.