**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 12, 2023
Docket #: 22-3194cv
Short Title: Brainbuilders LLC v. EmblemHealth Inc.

DC Docket #: 21-cv-4627
DC Court: SDNY (NEW YORK CITY)
DC Judge: Failla

## NOTICE OF EXPEDITED APPEAL

By notice filed December 22, 2022, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than February 16, 2023, 35 days from the date of this notice. Appellees' briefs are due no later than March 23, 2023 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8623.