**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: February 24, 2023  DC Docket #: 21-cv-4627
Docket #: 22-3194cv  DC Court: SDNY (NEW YORK CITY)
Short Title: Brainbuilders LLC v. EmblemHealth Inc.  DC Judge: Failla

**NOTICE OF DEFECTIVE FILING**

On February 16, 2023 the Brief and Appendix, on behalf of the Appellant Rochel Sorotzkin, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
\_\_**XX**\_\_\_\_ **Insufficient number of copies** *(Local Rules: 21.1, 27.1, 30.1, 31.1)* **– NOTE: The Court requires 6 hard copies to be received within 3 days of the e-filing. Also see below.**
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
   for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
\_\_**XX**\_\_\_\_ **Defective cover** *(FRAP 32)*:
  \_\_**XX**\_\_\_\_ **Incorrect caption** *(FRAP 32)* **– NOTE: The covers must use the complete official caption. The official caption is listed on the next page for reference.**
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
\_\_**XX**\_\_\_\_ **Incorrect pagination, click here for instructions on how to paginate PDFs** *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
\_\_**XX**\_\_\_\_ **Other: If hard copies of the brief will be separate from the appendix, they must be electronically filed separately as well ("Appellant/Petitioner Brief filed" and "Appendix filed"). DO NOT USE "Corrected" filing events.**

**Official caption for covers:**

> Rochel Sorotzkin, Attorney in Fact for H and D,
>
>     Plaintiff - Appellant,
>
> Brainbuilders LLC, ATTORNEYINFACT FOR H AND D, H and D, H and D, by their AttorneyinFact, Rochel Sorotzkin,
>
>     Plaintiffs
>
> v.
>
> New York City Department of Education, EmblemHealth Inc., Group Health Incorporated, New York City Office of Labor Relations, The City of New York,
>
>     Defendants- Appellees.

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **February 28, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

    Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.