**YAAKOV POLLAK, ESQ.**
ATTORNEY AT LAW

55 RENA LANE, LAKEWOOD, NEW JERSEY 08701
YPOLLAK@NBYJLAW.COM
(732) 833-3421

February 27, 2023

VIA ECF

U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse,
40 Foley Square
New York, New York 10007

    Re:   *Brainbuilders LLC et al. v. EmblemHealth, Inc., et al.*
             *Court of Appeals Docket #: 22-3194*

Dear Case Manager:

    We represent the Plaintiffs-Appellants ("Plaintiffs") in the above-referenced matter. We write concerning the Notice of Defective Filing dated February 24, 2023, posted as Docket Item No. 29 (the "Notice"). The Notice indicates a deficiency in the captioning of Appellants' Brief and Appendix and refers to the "official caption" provided on the nest page.

    The "official caption" provided in the Notice reads as follows:

> Rochel Sorotzkin, Attorney in Fact for H and D,
>> Plaintiff -Appellant,
>
> Brainbuilders LLC, ATTORNEYINFACT FOR H AND D, H and D, H and D, by their AttorneyinFact, Rochel Sorotzkin,
>> Plaintiffs
>
> v.
>
> New York City Department of Education, EmblemHealth Inc., Group Health Incorporated, New York City Office of Labor Relations, The City of New York,
>> Defendants-Appellees.

However, the above caption does not match the caption of the case in the District Court, which appeared as follows:

> BRAINBUILDERS LLC, and H and D, by their Attorney-in-Fact, RACHEL SOROTOZKIN,
>> Plaintiffs,
>
> vs.
>
> EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF LABOR RELATIONS, and NEW YORK CITY DEPARTMENT OF EDUCATION,

February 27, 2023
Page 2

> Defendants.

The District Court caption is different from the official caption in the following respects:

- Brainbuilders LLC was not an attorney-in-fact for H and D;
- "H and D" was not needlessly repeated; and
- EmblemHealth Inc. was listed as the first defendant (as we indicated in the Acknowledgment and Notice of Appearance.

In addition, the Plaintiffs are not appealing the dismissal of the claims against The City of New York, New York City Office of Labor Relations, and New York City Department of Education, and they should not be designated as appellees. Plaintiffs, therefore, suggest, and seek your approval for, the following caption:

H and D, by their Attorney-in-Fact, RACHEL SOROTZKIN,
> Plaintiffs-Appellants,

BRAINBUILDERS LLC, and H and D, by their Attorney-in-Fact, RACHEL SOROTZKIN,
> Plaintiffs,

v.

EMBLEMHEALTH, INC. and GROUP HEALTH INCORPORATED,
> Defendants-Appellees,

EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF LABOR RELATIONS, and NEW YORK CITY DEPARTMENT OF EDUCATION,
> Defendants.

We thank you for your consideration of this matter.

> Respectfully submitted,
>
> */s/* Yaakov Pollak

cc: All counsel of record (via ECF)